M. Jermaine Watson
State Bar No. 24063055
**CANTEY HANGER LLP**
Telephone: 817-877-2800
Facsimile: 817-333-2961
Email: jwatson@canteyhanger.com

**PROPOSED COUNSEL TO**
**JRX TUNING & PERFORMANCE, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| JRX TUNING & PERFORMANCE, LLC, | § | |
| | § | Case No. 22-40404-MXM11 |
| Debtor. | § | (Subchapter V) |

### NOTICE OF FILING OF SUPPLEMENTAL
### EXHBIT "A" TO DECLARATION OF JUSTIN ANDREW RUCKMAN
**[Relates to Docket No. 13]**

**PLEASE TAKE NOTICE THAT** the proposed cash collateral budget attached hereto as **Exhibit "A"** relates to the *Declaration of Justin Andrew Ruckman in Support of Chapter 11 Petition and Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral* [Docket No. 13] and should be fully incorporated therein.

Dated: March 2, 2022
       Fort Worth, Texas

Respectfully submitted by,

**JRX Tuning & Performance, LLC**

*/s/ M. Jermaine Watson*
M. Jermaine Watson
State Bar No. 24063055
**CANTEY HANGER LLP**
Telephone: 817-877-2800
Facsimile: 817-333-2961
Email: jwatson@canteyhanger.com

**PROPOSED COUNSEL TO JRX TUNING & PERFORMANCE, LLC**

**NOTICE OF FILING OF SUPPLEMENTAL**
**EXHBIT "A" TO DECLARATION OF JUSTIN ANDREW RUCKMAN**  Solo

# EXHIBIT "A"

**Interim Cash Flow Forecast for JRX Tuning & Performance, LLC; Debtor and Debtor-In-Possession; Case No. 22-40404-MXM11**

| Week Ended | 2/28/2022 | 3/31/2022 | 4/30/2022 | 5/31/2022 |
|---|---:|---:|---:|---:|
| Beginning Cash | $ - | $ 28,973.88 | $ 44,720.82 | $ 61,545.06 |
| Officer/Mgmt Payroll | 1,300.00 | 5,200.00 | 5,200.00 | 5,200.00 |
| Payroll-Other Employees | 1,680.00 | 6,720.00 | 6,720.00 | 6,720.00 |
| Payroll Taxes | 520.00 | 520.00 | 520.00 | 520.00 |
| Rental - Real Property | 3,917.57 | 3,917.57 | 3,917.57 | 3,917.57 |
| Leases - Personal Property | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 |
| Repairs and Maintenance | 150.00 | 150.00 | 150.00 | 150.00 |
| Insurance | 219.58 | 219.58 | 219.58 | 219.58 |
| Telephone and Utilities | 489.91 | 698.91 | 698.91 | 698.91 |
| Misc. Operating Expenses | 2,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Interest Payments to Merchant Lenders | - | - | - | |
| Ending Cash Forecast | $ 2,173.88 | $ 7,147.82 | $ 22,894.76 | $ 39,719.00 |
| | | | | |
| Cash for Services Rendered | $ 26,800.00 | $ 37,573.00 | $ 38,650.30 | $ 42,515.33 |
| Accounts Receivable | 15,519.42 | 17,071.36 | 18,778.50 | 20,656.35 |
| | | | | |
| Total Collateral | $ 17,693.30 | $ 61,792.18 | $ 80,323.56 | $ 84,997.74 |