# EXHIBIT "A"

**Interim Cash Flow Forecast for JRX Tuning & Performance, LLC; Debtor and Debtor-In-Possession; Case No. 22-40404-MXM11**

| Week Ended | 2/28/2022 | 3/31/2022 | 4/30/2022 | 5/31/2022 |
|---|---:|---:|---:|---:|
| Beginning Cash | $ - | $ 28,973.88 | $ 44,720.82 | $ 61,545.06 |
| Officer/Mgmt Payroll | 1,300.00 | 5,200.00 | 5,200.00 | 5,200.00 |
| Payroll-Other Employees | 1,680.00 | 6,720.00 | 6,720.00 | 6,720.00 |
| Payroll Taxes | 520.00 | 520.00 | 520.00 | 520.00 |
| Rental - Real Property | 3,917.57 | 3,917.57 | 3,917.57 | 3,917.57 |
| Leases - Personal Property | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 |
| Repairs and Maintenance | 150.00 | 150.00 | 150.00 | 150.00 |
| Insurance | 219.58 | 219.58 | 219.58 | 219.58 |
| Telephone and Utilities | 489.91 | 698.91 | 698.91 | 698.91 |
| Misc. Operating Expenses | 2,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Interest Payments to Merchant Lenders | - | - | - | |
| Ending Cash Forecast | $ 2,173.88 | $ 7,147.82 | $ 22,894.76 | $ 39,719.00 |
| | | | | |
| Cash for Services Rendered | $ 26,800.00 | $ 37,573.00 | $ 38,650.30 | $ 42,515.33 |
| Accounts Receivable | 15,519.42 | 17,071.36 | 18,778.50 | 20,656.35 |
| | | | | |
| Total Collateral | $ 17,693.30 | $ 61,792.18 | $ 80,323.56 | $ 84,997.74 |