



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2022**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| JRX TUNING & PERFORMANCE, LLC, | § | |
| | § | Case No. 22-40404-MXM11 |
| Debtor. | § | (Subchapter V) |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION TO APPROVE FORM OF PLAN AND SOLICITATION PROCEDURES
**[Relates to Docket No. 41]**

The matter having come before this Court on the *Motion for Expedited Hearing on Motion to (A) Approve Form of Proposed Subchapter V Plan, (B) Fixing Time to File Objections to the Proposed Plan, and (C) Instructions Regarding Noticing and Balloting* (the "Motion to Expedite") [Docket No. 41] filed by JRX Tuning & Performance, LLC. The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court finds that proper and adequate notice of the Motion to Expedite has been given and that no other or further notice is necessary. The Court

finds, after due deliberation, that there is sufficient justification for the relief requested in the Motion to Expedite. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Expedite is **GRANTED**.

2. A hearing on the *Motion to (A) Approve Form of Proposed Subchapter V Plan, (B) Fixing Time to File Objections to the Proposed Plan, and (C) Instructions Regarding Noticing and Balloting* (the "Motion") [Docket No. 40] has been set for **Thursday, April 21, 2022 at 1:30 p.m. (prevailing Central Time)** by WebEx using the following information:

   a. **For WebEx Video Participation/Attendance:**

   Link: https://us-courts.webex.com/meet/mullin; or

   b. **For WebEx Telephonic Only Participation/Attendance:**

   Dial-In: 1.650.479.3207

   Meeting ID: 474 603 746

3. The Debtor shall serve a copy of this order on all parties in interest by email, facsimile, and U.S. Mail upon entry.

### ###End of Order###

**Prepared and submitted by:**

M. Jermaine Watson
State Bar No. 24063055
**CANTEY HANGER LLP**
Telephone: 817-877-2800
Facsimile: 817-333-2961
Email: jwatson@canteyhanger.com

**PROPOSED COUNSEL TO
JRX TUNING & PERFORMANCE, LLC**